IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GORDON LEE LEWIS        *

       v.                              *   Civil No. JFM-02-1898

ANNE ARUNDEL COUNTY POLICE    *
DEPARTMENT, ET AL.            *

*****

ORDER

Upon consideration of defendants' motion for extension of time, it is, this 10th day of July 2002

ORDERED that said motion is granted.

                                 _____
                                 J. Frederick Motz
                                 United States District Judge