**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

August 23, 2002

Memo To Counsel Re: Gordon Lee Lewis v. Anne Arundel County Police Dept., et al.
Civil No. JFM-02-1898

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion for partial summary judgment. The motion is granted. Plaintiff's failure to comply with the notice provisions of the Maryland Local Government Tort Claims Act or to show good cause for his noncompliance is fatal to his common law tort claim. See generally Bibum v. Prince George's County, 855 F. Supp. 2d 557 (Md. 2000).

I have also reviewed plaintiff's motion to strike. The motion is denied. I am satisfied that defendant's answer is sufficient.

Enclosed is a copy of a scheduling order I am entering today.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge