IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GORDON LEE LEWIS | * | |
| | * | |
| v. | * | Civil No. JFM-02-1898 |
| | * | |
| ANNE ARUNDEL COUNTY | * | |
| POLICE DEPARTMENT, ET AL. | * | |

\*\*\*\*\*

ORDER

For the reasons stated in the accompanying memo to counsel, it is, this 23rd day of August 2002

ORDERED

1. Defendants' motion for partial summary judgment is denied; and

2. Plaintiff's motion to strike is denied.

_____
J. Frederick Motz
United States District Judge

