IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG 26  A 11: 06

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

GORDON LEE LEWIS                     *
                                    *
        v.                          *        Civil No. JFM-02-1898
                                    *
ANNE ARUNDEL COUNTY                 *
POLICE DEPARTMENT, ET AL.           *
                                  *****

AMENDED ORDER

For the reasons stated in the accompanying memo to counsel, it is, this 26rd day of August

2002

        ORDERED

        1.  Defendants' motion for partial summary judgment is granted; and

        2.  Plaintiff's motion to strike is denied.

J. Frederick Motz
United States District Judge