IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GORDON LEE LEWIS | * | |
| | * | |
| v. | * | Civil No. JFM-02-1898 |
| | * | |
| ANNE ARUNDEL COUNTY | * | |
| POLICE DEPARTMENT, ET AL. | * | |

*****

ORDER

Upon consideration of the parties' joint motion to continue scheduling order, it is, this 30th day of August 2002

ORDERED

1. The motion is granted;

2. The dates set in the scheduling order are hereby suspended; and

3. The parties are directed to file a status report with the court on or before October 30, 2002.

_____
J. Frederick Motz
United States District Judge