UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 7, 2003

Memo To Counsel Re:  Gordon Lee Lewis v. Anne Arundel County, et al.
JFM-02-1898

Dear Counsel:

Please provide me with a report on the status of the case on or before May 7, 2003.

Very truly yours,


/s/


J. Frederick Motz
United States District Judge