UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 18, 2003

Memo To Counsel Re: Lewis v. Anne Arundel County
Civil No. JFM-02-1898

Dear Counsel:

I am in receipt of your respective letters of April 9, 2003.

In accordance with your agreement, this action will remain in inactive status. I ask Ms. Allen to provide me with a further status report on or before June 3, 2003.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge