

# Office of Law

Linda M. Schuett, County Attorney

**County Executive Janet S. Owens**

2660 Riva Road, 4th Floor
P.O. Box 6675
Annapolis, Maryland 21401
410-222-7888

**William D. Evans, Jr.**
Senior Assistant County Attorney
lwevans1@mail.aacounty.org

July 29, 2003

The Honorable Joseph Frederick Motz, Judge
United States District Court
    for the District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21202

    Re: Lewis v. Anne Arundel County,
        Civil Action Number: JFM-02-CV-1898

Dear Judge Motz:

    We hope that Ms. Allen's recovery is progressing nicely. Furthermore, we have no objection to this matter remaining in its pending inactive status. As a suggestion and considering this Court's congested docket, we would have no objection to a dismissal without prejudice of this action. Once Ms. Allen is ready to re-file, we would answer and not raise the 90 days limitation period set forth in the American with Disabilities Act.

    Best regards.

                                  Sincerely,

                                  William D. Evans, Jr.

WDE/lal
cc: Stacey Leigh Allen, Esquire
P:\DATA\SHARED\LAW\WDE\Lewis2\j28ltr.motz.doc