UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 2, 2004

Memo To Counsel Re: Gordon Lee Lewis v. Anne Arundel
County Police Department, et al.
Civil No. JFM-02-1898

Dear Counsel:

    This will confirm, as we discussed during the scheduling conference today, that I will request that this case be assigned to a magistrate judge for a settlement conference. In the event that the settlement conference fails, I will enter a scheduling order setting a discovery deadline 120 days after the date of the entry of the order with corresponding dates for expert disclosures, Rule 26(e)(2) supplementations, requests for admissions, and the filing of dispositive motions. (It will be unnecessary to include in a new scheduling order the first four deadlines set in my routine scheduling order since they are now mooted).

    Very truly yours,

    /s/

    J. Frederick Motz
    United States District Judge