**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>BETH P. GESNER<br>UNITED STATES MAGISTRATE JUDGE | 101 W. LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-4288<br>(410) 962-3844 FAX |

March 19, 2004

| | |
|---|---|
| Stacy L. Allen, Esquire<br>1513 Norman Avenue<br>Lutherville, Maryland 21093 | William D. Evans, Jr., Esquire<br>Linda M. Schuett, Esquire<br>Anne Arundel County Office of Law<br>2660 Riva Road, Suite 4th Floor<br>Annapolis, Maryland 21401 |
| Timothy Sean Daugherty, Esquire<br>30 Courthouse Square<br>Suite 200<br>Rockville, Maryland 20850 | |

    Subject: Gordon Lee Lewis v. Anne Arundel Co. Police Dept., et al.
        Civil No. JFM-02-1898

Dear Counsel:

    At the request of the parties, I am rescheduling the settlement conference in this case for Thursday, April 22, 2004 at 10:00 a.m.

    In addition, the due date for <u>ex parte</u> letters has been changed to Thursday, April 8, 2004.

    Thank you for your cooperation in this matter. If you have any questions, please contact my Chambers.

                                                Very truly yours,

                                                /s/

                                                Beth P. Gesner
                                                United States Magistrate Judge

cc:    Judge Motz
        Court File

Case 1:02-cv-01898-JFM    Document 28    Filed 03/19/2004    Page 2 of 2