**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** | **101 W. LOMBARD STREET** |
| **BETH P. GESNER** | **BALTIMORE, MARYLAND 21201** |
| **UNITED STATES MAGISTRATE JUDGE** | **(410) 962-4288** |
| | **(410) 962-3844 FAX** |

April 20, 2004

Stacy L. Allen, Esquire
1513 Norman Avenue
Lutherville, Maryland 21093

William D. Evans, Jr., Esquire
Linda M. Schuett, Esquire
Anne Arundel County Office of Law
2660 Riva Road, Suite 4th Floor
Annapolis, Maryland 21401

Timothy Sean Daugherty, Esquire
30 Courthouse Square
Suite 200
Rockville, Maryland 20850

Subject: Gordon Lee Lewis v. Anne Arundel Co. Police Dept., et al.
Civil No. JFM-02-1898

Dear Counsel:

This will confirm that the settlement conference in the above referenced case has been rescheduled from Thursday, April 22, 2004 to Wednesday, May 5, 2004 at 1:00 p.m.

Thank you for your cooperation in this matter. If you have any questions, please contact my Chambers.

Very truly yours,

/s/

Beth P. Gesner
United States Magistrate Judge

cc:   Judge Motz
      Court File