**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**BETH P. GESNER**
**UNITED STATES MAGISTRATE JUDGE**

**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4288**
**(410) 962-3844 FAX**

June 15, 2004

RE: <u>Lewis v. Anne Arundel County</u>, JFM-02-1898

MEMORANDUM FOR COUNSEL

Dear Counsel:

    I received Mr. Evans' letter of June 10, 2004 regarding ongoing settlement discussions in this case. Please further advise me of the status of your discussions by joint letter no later than Thursday, June 24, 2004. In addition, please feel free to call me if I may be of any assistance as you continue your discussions.

                                      Sincerely,

                                      /s/

                                      Beth P. Gesner
                                      United States Magistrate Judge

cc: Judge Motz