UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 12, 2004

Memo To Counsel Re: Gordon Lee Lewis v. Anne Arundel County Police Department
Civil No. JFM-02-1898

Dear Counsel:

Please provide me with a report on the status of this case on or before August 26, 2004.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

cc: Honorable Beth P. Gesner