

# Office of Law
Linda M. Schuett, County Attorney

**County Executive Janet S. Owens**

2660 Riva Road, 4th Floor
P.O. Box 6675
Annapolis, Maryland 21401
410-222-7888

William D. Evans, Jr.
Senior Assistant County Attorney
Wevans@aacounty.org

August 26, 2004

**VIA ELECTRONICALLY TRANSMITTED**

The Honorable Joseph F. Motz Judge,
United States District Court for the District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland  21202

        RE:  <u>Lewis v. Anne Arundel County</u>,
            Civil Action No.:  JFM-02-CB1898

Dear Judge Motz:

    We agree with the views expressed by Ms. Stacy Leigh Allen in her letter of August 25, 2004.  We are attempting to resolve this matter, and we believe that any resolution now can be accomplished within the next 30 days.

    Resolution requires an examination of Mr. Gordon Lee Lewis's employment records that go back almost 10 years.  We are in the process of retrieving warehoused documents and hopefully will be back in touch Plaintiff's counsel within the next few days.  These records would have otherwise been retrievable except for the fact that Anne Arundel County switched to a new computer program a few years ago.

    We will continue to work with Plaintiff's counsel in an effort to resolve this matter that will be satisfactory to all parties.

{00007360.DOC; 1}

The Honorable Joseph F. Motz
August 26, 2004
Page 2

    Kindest regards.

                                       Sincerely,

                                            /s/

                                  William D. Evans, Jr.

WDE/lal

Cc:  The Honorable Beth Gesner
       Stacy Leigh Allen, Esquire

{00007360.DOC; 1}
Fax: 410-222-7835   www.aacounty.org    Mail Stop 9401

Recycled Paper