**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**BETH P. GESNER**
**UNITED STATES MAGISTRATE JUDGE**

**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4288**
**(410) 962-3844 FAX**

October 4, 2004

RE: <u>Lewis v. Anne Arundel County</u>, JFM–02-1898

MEMORANDUM FOR COUNSEL

Dear Counsel:

According to Mr. Evans' letter of August 26, 2004, counsel anticipated that they would be able to resolve this case within 30 days of August 26th.

To date, I have not received any further update on the status of this case. Please provide me with a joint status report no later than October 8th. Please be advised that I will expect to hear from you regardless of the status of discussions. If the case is not resolved by October 8th, please provide me with a date by which you will provide me with a further status report. I appreciate your continued focus on attempting to resolve this case.

Thank you for your attention to this matter.

Sincerely,

/s/

Beth P. Gesner
United States Magistrate Judge

cc: Judge Motz