# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GORDON LEE LEWIS, | * | |
| Plaintiff | * | |
| v. | * | Case No. JFM-02-CV-1898 |
| ANNE ARUNDEL COUNTY POLICE DEPARTMENT, *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## NOTICE TO SUBSTITUTE ATTORNEY

Please enter the appearance of Julie T. Sweeney, Senior Assistant County Attorney, on behalf of Anne Arundel County in the above-captioned matter, in substitution for William D. Evans, Jr., who died unexpectedly on October 31, 2004.

LINDA M. SCHUETT
COUNTY ATTORNEY


_____/s/_____
Julie T. Sweeney
Senior Assistant County Attorney
Anne Arundel County Office of Law
Federal Bar No. 06233
2660 Riva Road – 4th Floor
Annapolis, Maryland 21401
(phone) 410-222-7888
(fax) 410-222-7835

Counsel for Defendants

{150015.DOC; 1}                              1

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 16th day of November, 2004, a copy of the foregoing document was mailed, first-class mail, postage prepaid to Stacy L. Allen, Esquire, 1513 Norman Avenue, Lutherville, Maryland 21093, and to Timothy Sean Daugherty, Esquire, 1620 E. Jefferson Street, Suite 416, Rockville, Maryland 20852.

                                                  _____/s/_____
                                                  Julie T. Sweeney

W:\WDOCS\CLIENT\1120\2002-4965\150015.DOC