

**ANNE ARUNDEL COUNTY**
**M A R Y L A N D**

**County Executive Janet S. Owens**

2660 Riva Road, 4th Floor
P.O. Box 6675
Annapolis, Maryland 21401
(410) 222-7888
(410) 222-7835 Fax

# Office of Law

Linda M. Schuett, County Attorney

**Julie T. Sweeney**
**Senior Assistant County Attorney**
jsweeney@aacounty.org

November 16, 2004

**VIA ELECTRONIC TRANSMITTAL**

The Honorable Joseph F. Motz, Judge
United States District Court for the District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21202

        RE:   Lewis v. Anne Arundel County, et al.
                  Civil Action No.: JFM-02-CV1898

Dear Judge Motz:

      Pursuant to your order of November 8, 2004, for a joint status report to be provided on or before November 16th on the status of this case, please be advised that counsel have conferred and report the status of this matter as follows.

      Subsequent to Mr. Evan's recent death, the representation of the Defendants in this case has been reassigned to the undersigned attorney. It is likely to take some time for me to familiarize myself with this matter, although I am aware that there is a settlement demand on the table for the County's consideration. I expect I will be able to review the case file and present the Plaintiff's demand at the Self Insurance Fund (SIF) meeting on January 7, 2005 (unfortunately, the County's Self Insurance Fund is not scheduled to meet in December). I have spoken with Ms. Allen, who has advised that opposing counsel is agreeable to waiting until the SIF meeting scheduled for January for the presentation of proposed settlement particulars. Therefore, we propose to report back again to this Court by the end of January with regard to progress towards resolving this matter.

{00010640.DOC; 1}

      Ms. Allen is unable to file electronically, and has authorized me to file this joint status report on her behalf.

                                         Very truly yours,

                                              /s/

                                         Julie T. Sweeney
                                         Senior Assistant County Attorney

cc:  The Honorable Beth T. Gesner
     Stacey L. Allen, Esquire
     Timothy Sean Daugherty, Esquire

{00010640.DOC; 1}

*Recycled Paper*