

**ANNE ARUNDEL COUNTY**
MARYLAND

County Executive Janet S. Owens

2660 Riva Road, 4th Floor
P.O. Box 6675
Annapolis, Maryland 21401
(410) 222-7888
(410) 222-7835 Fax

# Office of Law

Linda M. Schuett, County Attorney

Julie T. Sweeney
Senior Assistant County Attorney
jsweeney@aacounty.org

January 31, 2005

**VIA ELECTRONIC TRANSMITTAL**

The Honorable Joseph F. Motz, Judge
United States District Court for the District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21202

        RE:    Lewis v. Anne Arundel County, et al.
                 Civil Action No.: JFM-02-CV1898

Dear Judge Motz:

    Pursuant to our previous Joint Status Report of November 16, 2004, please be advised that counsel have conferred and report the status of this matter as follows.

    The parties believe that they have reached a settlement agreement regarding the above-referenced matter and are in the process of preparing the settlement documents for signature. Once signed, the parties will notify the Court so that this matter may be dismissed with prejudice.

    As Ms. Allen is not equipped to file a report electronically, she has authorized me to file this joint status report on her behalf.

                        Very truly yours,

                        /s/

                        Julie T. Sweeney, Bar No. 06233
                        Senior Assistant County Attorney

cc: The Honorable Beth T. Gesner
    Stacey L. Allen, Esquire
    Timothy Sean Daugherty, Esquire

{00012566.DOC; 1}

*Recycled Paper*