UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 31, 2005

Memo To Counsel Re: Lewis v. Anne Arundel County, et al.
Civil No. JFM-02-1898

Dear Counsel:

Thank you for your report on the status of this case.

Please provide me with a further report on February 28, 2005 if the settlement has not been finalized.

Very truly yours,

/s/


J. Frederick Motz
United States District Judge